EAST BATON ROUGE PARISH
Filed Oct 26, 2020 3:43 PM
Deputy Clerk of Court
F-223008
C

| | |
|---|---|
| **EDWARD RICHMOND, JR.** | **NUMBER: 223,008 DIV. "C"** |
| **VERSUS** | **THE FAMILY COURT** |
| | **PARISH OF EAST BATON ROUGE** |
| **RHONDA FAYE RICHMOND** | **STATE OF LOUISIANA** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATED JUDGMENT

This matter was set for rule before this Honorable Court on the 27th day of October 2020 pursuant to a Petition for Divorce Pursuant to Civil Code Article 102 and Ancillary Matters of Child Custody, Use and Occupancy of the Marital Domicile, Use of Certain Movables and Vehicles, and Judgment of Separation of Property filed by Petitioner, EDWARD RICHMOND, JR. on September 16, 2020. Prior to Court, the parties entered into the following stipulations which are herein made the orders of the Court as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the parties are granted the joint custody of the minor child of the parties with Petitioner, EDWARD RICHMOND, JR., being designated domiciliary and primary custodial parent. Defendant, RHONDA FAYE RICHMOND, shall have reasonable physical custody of the minor child and the parties shall work that out as the parties have historically been able to amicably do so.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the parties are granted a Judgment of Separation of Property.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Petitioner, EDWARD RICHMOND, JR., shall have Use and Occupancy of the Former Marital Domicile.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the parties have partitioned all of the community property including

RICHMOND V. RICHMOND
STIPULATED JUDGMENT
DOCKET NUMBER: 223,008 DIVISION "C"



DEFENDANT'S
EXHIBIT
D

*Cheree LeBlanc*



Certified True and
Correct Copy
CertID: 2020102900449

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
10/29/2020 10:06 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

the movables and vehicles and whatever is in the possession of the other shall be the separate property of each party going forward. Specifically, but not limited to, EDWARD RICHMOND, JR., shall have full and separate ownership of the 2000 Toyota Tundra, gold in color, and all other movables in his possession going forward, and RHONDA FAYE RICHMOND shall have full and separate ownership of the Chevrolet Malibu, silver in color, and all other movables in her possession going forward. The parties agree that all financial accounts have been separated and whatever accounts are in the name of either party remain the separate property of that party.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the parties have fully partitioned all of the community property and there are no debts between them; therefore, no further partition is necessary and no reimbursement claims are due either party.

JUDGMENT READ, RENDERED AND SIGNED this **27** day of **October** 20**20** in **Baton Rouge**, Louisiana.

_____
The Honorable Charlene Charlet Day
Judge, Division C, The Family Court
Parish of East Baton Rouge

Respectfully Submitted by:

_____
Maria A. Finley
Bar Roll Number: 27462
9225 Worthington Lake Avenue
Baton Rouge, Louisiana 70810
Telephone: (225) 202-1090
Facsimile: (225) 819-9748
Attorney for Edward Richmond, Jr.
emails: mfinley@aol.com

_____
RHONDA FAYE RICHMOND
Pro Se
15033 Co Codrie Ave
Baton Rouge La. 70817
Telephone: (225) 384-9758
rhondarichmond76@gmail.com

PLEASE MAIL NOTICE OF THE SIGNING OF THE JUDGMENT TO BOTH PARTIES AT THE ADDRESSES AS SET FORTH ABOVE.

I HEREBY CERTIFY THAT ON THIS DAY A COPY OF THE JUDGMENT/ORDER WAS MAILED BY ME WITH SUFFICIENT POSTAGE AFFIXED.

DONE AND MAILED ON October 30, 2020

RICHMOND V. RICHMOND
STIPULATED JUDGMENT
DOCKET NUMBER: 223,008 DIVISION "C"

Cherese LeBlanc
DEPUTY CLERK OF COURT

Cherese LeBlanc
East Baton Rouge Parish
Deputy Clerk of Court

Certified True and Correct Copy
CertID: 2020102900449

Generated Date:
10/29/2020 10:06 AM